IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **12-cv-01387-JLK**

**THOMAS E. PEREZ, SECRETARY OF LABOR,**
**UNITED STATES DEPARTMENT OF LABOR,**

        Plaintiff,

v.

**LIFE QUALITY OPTIONS OF COLORADO, INC., d/b/a LIFE QUALITY HOMES**
**OF DENVER,**
**JOHN D. LONGSTAFF, individually, and**
**LINDA K. PHOEBUS, individually,**

        Defendants.

---

**ORDER**

---

Kane, J.

In light of Plaintiff's Status Report [doc. #20], filed August 27, 2014, it is

**ORDERED** that this case is **ADMINISTRATIVELY CLOSED**, to be reopened for

good cause upon motion of the parties.  No additional filings are required.

Dated this 3rd day of September, 2014.

        BY THE COURT:

        _s/John L. Kane_
        John L. Kane, Senior Judge
        United States District Court